UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MATTHEW ROBERT DESCAMPS,

                Plaintiff,                    NO.  CV-07-121-EFS

        vs.                                   **ORDER DISMISSING ACTION**

GEORGE W. BUSH, THE UNITED
STATES, HON. ALBERTO
GONZALRS, WARDEN ROBBERT
MCFADDEN, WARDEN JOSEPH E.
GUNJA, GOVERNOR OF MO. MATT
BLUNT, JUDGE FRED VAN
SICKLE, ATTORNEY GENERAL OF
WASH., and STEVENS CO.
SHERIFF,

                Defendants.

     BEFORE THE COURT is Plaintiff's Response (Ct. Rec. 4) to the Order
to Show Cause Why This Case Should Not be Dismissed Under 28 U.S.C. §
1915(g), along with an outdated Declaration and Application to Proceed
*In Forma Pauperis* (Ct. Rec. 3).  Plaintiff, a prisoner at the Spokane
County Jail, is proceeding *pro se*; Defendants have not been served.

     After review of Plaintiff's Response, the Court finds his
statements are not responsive to the Order of May 10, 2007.  Mr.
Descamps has failed to demonstrate that he is under imminent danger of
serious physical injury.  *See* 28 U.S.C. § 1915(g).  He does not contest
the finding that three or more of his prior cases have been dismissed as

ORDER DISMISSING ACTION -- 1

frivolous or for failure to state a claim upon which relief may be granted.  Having failed to show sufficient cause, **IT IS ORDERED** this action is **DISMISSED pursuant to 28 U.S.C. § 1915(g). Judgment shall be entered and this file closed.**

**IT IS SO ORDERED.**   The District Court Executive is directed to enter this Order and forward a copy of this Order to Plaintiff.

**DATED** this_____14ᵗʰ_____day of June 2007.


_____S/ Edward F. Shea_____
                    EDWARD F. SHEA
              UNITED STATES DISTRICT JUDGE


Q:\Civil\2007\7cv121efs-6-14-dis3strike.wpd

ORDER DISMISSING ACTION -- 2